**CIVIL CAUSE FOR ORAL ARGUMENT**
<u>BEFORE JUDGE BIANCO</u>

<u>DATE: 9/21/12</u>                                        <u>TIME: 10:00 p.m. (54 min)</u>

<u>CASE NUMBER:</u>     <u>CV 10-2075</u>

<u>TITLE:</u>              <u>Palman v. CVS Caremark</u>

<u>PLTFFS ATTY:</u>     <u>Jeanne D'Esposito and Barbara Hart</u>

<u>DEFTS ATTY:</u>      <u>James Swartz and Nancy Rafuse</u>

FTR RECORDER: 10:11-11:05                COURTROOM DEPUTY:  Michele Savona

OTHER: _____

_ X _   CASE CALLED.

_ X _   CONF (HELD / ADJ'D / CONT'D TO_____)

_ X _   ARGUMENT HEARD / CONT'D TO_____.

_ X _   DECISION:   Made on the record.

**OTHER:** Plaintiffs' motion for sanctions for spoliation [docket entry 52] is denied; defendant's motion for a protective order [docket entry 63] is granted for transitory data sought on a global/wholesale basis.