FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 03 2012   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

REGINA PALMAN, on behalf of herself
and other similarly situated employees,

    Plaintiff,

        – against –

CVS CAREMARK,

    Defendant.

----------------------------------------X

ORDER
10-CV-2075 (JFB) (ARL)

JOSEPH F. BIANCO, District Judge:

For the reasons set forth on the record on September 21, 2012, IT IS HEREBY ORDERED that plaintiff's motion for sanctions for spoliation is denied and defendant's motion for a protective order is granted.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT COURT JUDGE

Dated: October 3, 2012
       Central Islip New York